1

2

3

4

5

6

7

8

THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

9    ABRAHAM RUIZ,

10            Plaintiff,

11    v.

12    TRIDENT SEAFOODS CORPORATION,

13            Defendant.

Case No. 2:25-cv-01017 JNW

ORDER GRANTING STIPULATED
JOINT MOTION TO CONTINUE TRIAL
AND RELATED DATES

14                                **ORDER**

15        THIS MATTER came before the Court on the parties' stipulated joint motion to

16    continue trial date and related dates. The Court, having considered the joint motion and the

17    pleadings on file in this action, finds that, based upon the joint motion and agreement of the

18    parties, good cause exists to continue the trial date and related deadlines.

19        It is, therefore, ORDERED that the trial is continued to October 12, 2026. Related

20    pretrial dates are changed as follows:

21

22

23

24

25

| DESCRIPTION | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Deadline for filing amended pleadings | December 15, 2025 | March 13, 2026 |
| Disclosure of expert testimony under FRCP 26(a)(2) | December 15, 2025 | March 13, 2026 |

26

ORDER GRANTING STIPULATED JOINT MOTION TO
CONTINUE TRIAL AND RELATED DATES - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711

109264\292492\49233008.v1

| | | |
|---|---|---|
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | Within 30 days after the other party's expert disclosure | - |
| All motions related to discovery must be filed by this date (see LCR 7(d)) | January 14, 2026 | April 13, 2026 |
| Discovery completed by | February 13, 2026 | May 13, 2026 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)) | March 16, 2026 | June 16, 2026 |
| Settlement conference per LCR 39.1(c)(2) held no later than | May 14, 2026 | August 14, 2026 |
| All motions in limine must be filed by this date (see LCR 7(d)) | June 3, 2026 | September 4, 2026 |
| Deposition designations must be submitted to the Court by (see LCR 32(e)) | June 22, 2026 | September 22, 2026 |
| Agreed pretrial order due | June 22, 2026 | September 22, 2026 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due | June 29, 2026 | September 29, 2026 |
| Pretrial conference to be held on | July 6, 2026 | |
| First day of trial | July 13, 2026 | October 12, 2026 |

DONE IN COURT this 10th day of November, 2025.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED JOINT MOTION TO
CONTINUE TRIAL AND RELATED DATES - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711

109264\292492\49233008.v1