THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ABRAHAM RUIZ,

        Plaintiff,

v.

TRIDENT SEAFOODS CORPORATION,

        Defendant.

Case No. 2:25-cv-01017 JNW

ORDER GRANTING SECOND
STIPULATED JOINT MOTION TO
CONTINUE TRIAL AND RELATED
DATES

## ORDER

THIS MATTER came before the Court on the parties' stipulated joint motion to continue trial date and related dates. The Court, having considered the joint motion and the pleadings on file in this action, finds that, based upon the joint motion and agreement of the parties, good cause exists to continue the trial date and related deadlines.

It is, therefore, ORDERED that the trial is continued to January 4, 2027. Related pretrial dates are changed as follows:

| DESCRIPTION | CURRENT DEADLINE | PROPOSED DEADLINE |
| --- | --- | --- |
| Deadline for filing amended pleadings | March 13, 2026 | June 5, 2026 |
| Disclosure of expert testimony under FRCP 26(a)(2) | March 13, 2026 | June 5, 2026 |

ORDER GRANTING SECOND STIPULATED JOINT
MOTION TO CONTINUE TRIAL AND RELATED
DATES - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711

109264\292492\49987464.v1

| | | |
|---|---|---|
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | - | - |
| All motions related to discovery must be filed by this date (see LCR 7(d)) | April 13, 2026 | July 6, 2026 |
| Discovery completed by | May 13, 2026 | August 6, 2026 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)) | June 16, 2026 | September 8, 2026 |
| Settlement conference per LCR 39.1(c)(2) held no later than | August 14, 2026 | November 16, 2026 |
| All motions in limine must be filed by this date (see LCR 7(d)) | September 4, 2026 | November 24, 2026 |
| Deposition designations must be submitted to the Court by (see LCR 32(e)) | September 22, 2026 | December 14, 2026 |
| Agreed pretrial order due | September 22, 2026 | December 14, 2026 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due | September 29, 2026 | December 21, 2026 |
| Pretrial conference to be held on | TBD | TBD |
| First day of trial | October 12, 2026 | January 4, 2027 |

Absent good cause, this will be the last continuance granted.

DONE IN COURT this 10th day of March, 2026.

_____

JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

ORDER GRANTING SECOND STIPULATED JOINT
MOTION TO CONTINUE TRIAL AND RELATED
DATES - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711

109264\292492\49987464.v1

Presented By:
SCHWABE, WILLIAMSON & WYATT, P.C.

By: */s/* Lillian Hubbard
    Colin Folawn, WSBA #34211
    Email:  cfolawn@schwabe.com
    Lillian Hubbard, WSBA #55428
    Email: lhubbard@schwabe.com
    1420 5th Avenue, Suite 3400
    Seattle, WA  98101-4010
    Telephone: 206-622-1711
    Facsimile: 206-292-0460

    *Attorneys for Trident Seafoods Corporation*

SCHECHTER SHAFFER, & HARRIS, L.L.P.

By: */s/* Matthew D. Shaffer
    (Per email authorization)
    Matthew D. Shaffer, WSBA #57271
    Email: mshaffer@smslegal.com
    3200 Travis, Third Floor
    Houston, TX 77006
    Telephone: 713-524-3500
    Facsimile: 866-696-5610

    *Attorneys for Plaintiff*

ORDER GRANTING SECOND STIPULATED JOINT
MOTION TO CONTINUE TRIAL AND RELATED
DATES - 3

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711

109264\292492\49987464.v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 10ᵗʰ day of March, 2026, I caused to be served the foregoing ORDER GRANTING SECOND STIPULATED JOINT MOTION TO CONTINUE TRIAL AND RELATED DATES on the following party at the following address:

Matthew D. Shaffer, WSBA #57271
SCHECHTER SHAFFER, & HARRIS, L.L.P.
3200 Travis, Third Floor
Houston, TX 77006
Telephone: 713-524-3500
Facsimile: 866-696-5610
E-Mail: mshaffer@smslegal.com

Attorneys for Plaintiff


by:
- ☐ U.S. Postal Service, ordinary first class mail
- ☐ U.S. Postal Service, certified or registered mail,
- ☐ return receipt requested
- ☐ hand delivery
- ☐ facsimile
- ☑ electronic service
- ☐ other (specify)


*/s/ Lillian Hubbard*
Lillian Hubbard, WSBA # 55428

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711

109264\292492\49987464.v1