THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ABRAHAM RUIZ,<br><br>        Plaintiff,<br><br>v.<br><br>TRIDENT SEAFOODS CORPORATION,<br><br>        Defendant. | Case No. 2:25-cv-01017 JNW<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE EXPERT DISCLOSURES AND LIMITED EXPERT DISCOVERY |

## **ORDER**

THIS MATTER came before the Court on the parties' stipulated joint motion to continue expert disclosures and limited expert discovery. The Court, having considered the joint motion and the pleadings on file in this action, finds that, based upon the joint motion and agreement of the parties, good cause exists to continue certain expert related discovery deadlines.

It is, therefore, ORDERED that the following pretrial dates are changed as follows:

| DESCRIPTION | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | June 5, 2026 | July 6, 2026 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | 30 days after experts disclosed | 30 days after experts disclosed |
| Expert Depositions Completed by | August 6, 2026 | August 20, 2026 |

ORDER GRANTING STIPULATED MOTION TO
CONTINUE EXPERT DISCLOSURES AND LIMITED
EXPERT DISCOVERY - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711

IT IS SO ORDERED.


SIGNED this 4th day of June, 2026.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE




Presented By:
SCHWABE, WILLIAMSON & WYATT, P.C.



By: */s/ Lillian Hubbard*
    Colin Folawn, WSBA #34211
    Email:  cfolawn@schwabe.com
    Lillian Hubbard, WSBA #55428
    Email: lhubbard@schwabe.com
    1420 5th Avenue, Suite 3400
    Seattle, WA  98101-4010
    Telephone: 206-622-1711
    Facsimile: 206-292-0460

    *Attorneys for Trident Seafoods Corporation*


SCHECHTER SHAFFER, & HARRIS, L.L.P.



By: */s/ Matthew D. Shaffer* (via email authority)
    Matthew D. Shaffer, WSBA #57271
    Email: mshaffer@smslegal.com
    3200 Travis, Third Floor
    Houston, TX 77006
    Telephone: 713-524-3500
    Facsimile: 866-696-5610

    *Attorneys for Plaintiff*


ORDER GRANTING STIPULATED MOTION TO
CONTINUE EXPERT DISCLOSURES AND LIMITED
EXPERT DISCOVERY - 2