IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| ABRAHAM RUIZ,<br>Plaintiff,<br><br>VS.<br><br><br>TRIDENT SEAFOODS CORPORATION,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:25-cv-01017 JNW<br><br>ORDER GRANTING<br>PLAINTIFF'S UNOPPOSED MOTION<br>FOR VOLUNTARY DISMISSAL<br>WITHOUT PREJUDICE |

## ORDER

Plaintiff, Abraham Ruiz, has filed an Unopposed Motion for Voluntary Dismissal without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2).

Accordingly, it is ordered that Plaintiff, Abraham Ruiz's, claims against Defendant, Trident Seafoods Corporation, are dismissed without prejudice.

IT IS SO ORDERED

SIGNED this 16th day of July, 2026.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

SCHECHTER, SHAFFER, & HARRIS, L.L.P.

/s/ Matthew D. Shaffer
Matthew D. Shaffer
Texas Bar No. 18085600
3200 Travis, Third Floor
Houston, Texas 77006
Telephone: (713) 524-3500
Facsimile: (866) 696-5610
Email: Mshaffer@smslegal.com
ATTORNEYS FOR PLAINTIFF